<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the District of Delaware

Case number (*if known*): _____ Chapter 11

❏ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Brooks Brothers Far East Limited |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Global Trading Company |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | N/A |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 48   Hoi Yuen Road<br>Number   Street<br>5th Floor Wesley Square, Kwun Tong, Kowloon, Hong Kong | Number         Street<br><br>P.O. Box |
| City         State         ZIP Code | City         State         ZIP Code |
| County | **Location of principal assets, if different from principal place of business**<br><br>Number     Street<br><br>City       State       ZIP Code |

5. **Debtor's website** (URL)    https://www.brooksbrothers.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

| Debtor | Brooks Brothers Far East Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4242 – Apparel, Piece Goods, and Notions Merchant Wholesalers

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1).  Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of  creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing  for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule  12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than  2 cases, attach a separate list.

☒ No

☐ Yes

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | | MM/ DD/ YYYY | | |
| | District | | When | | Case number | |
| | | | | MM / DD/ YYYY | | |

| Debtor | Brooks Brothers Far East Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Schedule 1 | Relationship | See Schedule 1 |
|---|---|---|---|
| District | Delaware | When | July 8, 2020 |
| | | | MM / DD/ YYYY |
| Case number, if known | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact Name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | | |
|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☒ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

| Debtor | Brooks Brothers Far East Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**15. Estimated assets**
(on a consolidated basis with all affiliated debtors)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**16. Estimated liabilities**
(on a consolidated basis with all affiliated debtors)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 8, 2020
MM / DD  / YYYY

✗   /s/  Stephen Marotta                     Stephen Marotta
Signature of authorized representative of       Printed name
debtor

Chief Restructuring Officer
Title

**18. Signature of attorney**

✗   /s/  Zachary I. Shapiro               Date   July 8, 2020
Signature of attorney for debtor                MM / DD / YYYY

Zachary I. Shapiro                         Garrett A. Fail
Printed Name

Richards, Layton & Finger, P.A.            Weil, Gotshal & Manges LLP
Firm Name

One Rodney Square, 920 North King Street   767 Fifth Avenue
Address

Wilmington, Delaware 19801                 New York, New York 10153
City/State/Zip

(302) 651-7700                             (212) 310-8000
Contact Phone

shapiro@rlf.com                            garrett.fail@weil.com
Email Address

5103                     Delaware
Bar Number               State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| COMPANY |
| --- |
| Brooks Brothers Group, Inc. |
| Brooks Brothers International, LLC |
| 696 White Plains Road, LLC |
| Brooks Brothers Restaurant, LLC |
| BBD Holding 1, LLC |
| BBD Holding 2, LLC |
| BBDI, LLC |
| Deconic Group LLC |
| Golden Fleece Manufacturing Group, LLC |
| RBA Wholesale, LLC |
| Retail Brand Alliance Gift Card Services, LLC |
| Retail Brand Alliance of Puerto Rico, Inc. |
| Brooks Brothers Far East Limited |

**ACTION BY WRITTEN CONSENT**
**OF**
**THE GOVERNING BODIES**
**OF**
**696 WHITE PLAINS ROAD, LLC, BBD HOLDING 1, LLC,**
**BBD HOLDING 2, LLC, BBDI, LLC, BROOKS BROTHERS**
**INTERNATIONAL, LLC, BROOKS BROTHERS RESTAURANT, LLC,**
**DECONIC GROUP LLC, GOLDEN FLEECE MANUFACTURING**
**GROUP, LLC, RBA WHOLESALE, LLC, RETAIL BRAND ALLIANCE**
**GIFT CARD SERVICES, LLC, RETAIL BRAND ALLIANCE OF**
**PUERTO RICO, INC., AND BROOKS BROTHERS FAR EAST LIMITED**

July 7, 2020

**WHEREAS**, the undersigned (as applicable, the "**Governing Body**"), of each of the entities referenced above (each, a "**Company**" and collectively, the "**Companies**"), do hereby consent to, adopt, and approve, by written consent in accordance with the applicable provisions of the Delaware General Corporation Law, the Delaware Limited Liability Company Act, the New York Limited Liability Company Law, the Code of Virginia, and the Companies Ordinance (Chapter 622 of the Laws of Hong Kong), the following resolutions and each and every action effected thereby.

**WHEREAS**, the Governing Body of each Company has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of such Company regarding the liabilities and liquidity of such Company, the strategic alternatives available to it and the impact of the foregoing on such Company's businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider, and has considered, each of the strategic alternatives available to such Company; and

**WHEREAS**, each Governing Body desires to approve the following resolutions.

**I.    Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to each Company, its Governing Body has determined, after consultation with the management and the legal and financial advisors of such Company, that it is desirable and in the best interests of such Company, its creditors, and other parties in interest that a petition be filed by such Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any officer or other authorized person of any respective Company, including officers appointed pursuant to Section III below, or each such officer's delegates (each, an "**Authorized Person**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, with full power of delegation, and directed to negotiate, execute, deliver, and file, in the name and on behalf of such Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings,

papers, affidavits, declarations, and other documents (the "**Chapter 11 Filings**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") (with such changes therein and additions thereto as any such Authorized Officer may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

> **RESOLVED**, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts and deeds which such Authorized Person deems necessary, appropriate, or desirable in connection with such Company's chapter 11 case (each, a "**Chapter 11 Case**") or Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, proper, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the Chapter 11 Case, with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II.    Debtor-in-Possession Financing and Cash Collateral

> **RESOLVED**, that, to the extent applicable, each Governing Body, has determined, after consultation with the management and the legal and financial advisors of each Company, as applicable, that it is desirable and in the best interest of such Company, its creditors, and other parties in interest and necessary to the conduct, promotion or attainment of the business of each of Golden Fleece Manufacturing Group, LLC ("**Golden Fleece**"), RBA Wholesale, LLC ("**RBA Wholesale**"), Brooks Brothers International, LLC ("**BBI**"), Retail Brand Alliance Gift Card Services, LLC ("**RBA Gift Card**"), Retail Brand Alliance of Puerto Rico, Inc. ("**RBA Puerto Rico**") and 696 White Plains Road, LLC ("**White Plains**," and collectively with Golden Fleece, RBA Wholesale, BBI, RBA Gift Card, and RBA Puerto Rico, the "**Company DIP Loan Parties**"), subject to approval of the Bankruptcy Court, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, to: (a) enter into a new debtor in possession financing facility in an aggregate principal amount of $75,000,000 (the "**DIP Facility**") and any associated documents, incur the indebtedness and other obligations under the DIP Facility, as applicable, and consummate and perform its obligations in connection with the transactions (including the borrowings and guarantees, as applicable) contemplated therein (collectively, the "**Financing Transactions**") with such lenders and on such terms substantially consistent with those presented to the applicable Governing Body on or prior to the date hereof and as may be further approved, modified or amended by any one or more of the Authorized Persons, as may be reasonably necessary or desirable for the continuing conduct of the affairs of such Company DIP Loan Party; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of such Company DIP Loan Party's assets, in such case, as may be deemed necessary or desirable by any one or more of the Authorized Persons in connection with the Financing Transactions; and be it further

> **RESOLVED** that: (a) each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized and empowered, in the name of, and on behalf of, each

Company DIP Loan Party, as debtor and debtor in possession, to take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any of the Authorized Persons may deem necessary or appropriate to facilitate the Financing Transactions including, without limitation, (i) the Debtor-In-Possession Term Loan Agreement, to be entered into by and among Brooks Brothers Group, Inc. ("**BB Parent**"), the Company DIP Loan Parties, each lender party thereto from time to time, and WH Holdco, LLC, an affiliate of WHP Global, as administrative agent and collateral agent (the "**DIP Agent**"), (ii) the Security Agreement, to be entered into by and among BB Parent, the Company DIP Loan Parties and the DIP Agent, (iii) the Guaranty, to be entered into by and among RBA Wholesale, BBI, RBA Gift Card, RBA Puerto Rico, White Plains and the DIP Agent and (iv) any other related documentation required under the DIP Facility, including all such other documents, instruments, agreements and certificates entered into in connection with the DIP Facility and the Financing Transactions (collectively, the "**Financing Documents**"); (b) the Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or desirable by any of the Authorized Persons are hereby approved; (c) each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized and empowered in the name of, and on behalf of, each Company DIP Loan Party, as debtor and debtor in possession, to authorize counsel to draft, file and seek approval of the Financing Transactions; and (d) the actions of any Authorized Person taken pursuant hereto, including the execution, acknowledgment, delivery and verification of all agreements, certificates, instruments, guaranties, notices and other documents, shall be conclusive evidence of such Authorized Person's approval thereof and the necessity or desirability thereof; and be it further

**RESOLVED**, that the form, terms and provisions of the Financing Documents (including the incurrence of indebtedness thereunder), the execution, delivery and performance thereof, the consummation of the Financing Transactions contemplated thereby and the performance by each Company DIP Loan Party of its obligations arising thereunder, are hereby approved, authorized and adopted in all respects, including without limitation, the incurrence of all indebtedness (through any borrowing, guarantee or otherwise), the issuance of notes to evidence such debt incurrence in such form and having such terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing such note, the payment of interest, and the pledging of assets and granting of all security interests, liens and encumbrances in accordance with the terms and provisions of the foregoing documents; and be it further

**RESOLVED**, that, to the extent applicable, the Authorized Persons may seek Bankruptcy Court approval, and seek to obtain the consent of any Company DIP Loan Party's existing secured lenders for the use of cash collateral under that certain Credit Agreement, dated as of June 28, 2019, by and among BB Parent and the other borrowers party thereto from time to time, the guarantors party thereto from time to time, each lender party thereto from time to time, and Wells Fargo Bank, National Association, as administrative agent, collateral agent, L/C Issuer and Swing Line Lender (as amended, restated, amended and restated, supplemented, modified or otherwise in effect from time to time); and be it further

## III.  Officers

**RESOLVED**, that the individuals set forth below be, and hereby are, elected to the newly created offices of each of the Companies set forth opposite their names, to serve subject to,

and in accordance with, the governing documents of each of the Companies and direction of the Governing Bodies, and to hold such offices until their job is satisfied or until their earlier death, resignation or removal:

| | |
|---|---|
| Stephen Marotta | Chief Restructuring Officer |
| Adrian Frankum | Restructuring Officer |

## IV.    Retention of Advisors

**RESOLVED**, that, in connection with each Company's Chapter 11 Case, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals which such Authorized Person deems necessary, appropriate, or desirable in connection with, or in furtherance of, such Company's Chapter 11 Case, with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that, with respect to each Company, the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for such Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that, with respect to each Company, the firm of PJ Solomon, L.P., located at 1345 Avenue of the Americas, 31st Floor, New York, New York 10105, is hereby retained as investment banker for such Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that, with respect to each Company, the firm of Ankura Consulting Group LLC, located at 485 Lexington Avenue, 10th Floor, New York, New York 10017, is hereby retained as financial advisor for such Company in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Prime Clerk, located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, is hereby retained as claims, noticing, and solicitation agent for the Companies in their Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that, with respect to each Company, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, proper, or desirable, and (iii) negotiating, executing, delivering and performing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing

resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## V.    <u>General</u>

   **RESOLVED**, that, with respect to each Company, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, renewals, replacements, consolidations, substitutions, extensions, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to be so necessary, appropriate or desirable; and be it further

   **RESOLVED**, that any and all past actions heretofore taken by any Authorized Person, any director, or any member of any Company, in the name and on behalf of such Company or by BB Parent on behalf of, or for the benefit of, such Company or in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

*[Remainder of page intentionally left blank]*

IN WITNESS WHEREOF, the undersigned, being all of the shareholders of Brooks Brothers Far East Limited, has executed this written consent as of the date first set forth above.

BROOKS BROTHERS GROUP, INC.

By: _____
Name:  Steven Goldaper
Title:    Chief Financial Officer


Claudio Del Vecchio

Signature: _____

**IN WITNESS WHEREOF**, the undersigned, being all of the shareholders of Brooks Brothers Far East Limited, has executed this written consent as of the date first set forth above.

**BROOKS BROTHERS GROUP, INC.**

By: _____
Name:  Steven Goldaper
Title:   Chief Financial Officer

**Claudio Del Vecchio**

Signature: _____

DocuSign Envelope ID: 9867DDEE-ED29-4CEE-AC32-ADDA51B344E3

**IN WITNESS WHEREOF**, the undersigned, being the all of the members of the board of directors of Brooks Brothers Far East Limited, have executed this written consent as of the date first set forth above.

DocuSigned by:

*Andy Lew*

C8D73765A58C484...

Name:   Andy Lew
Title:   Director


Name:   Gianluca Tanzi
Title:   Director

**IN WITNESS WHEREOF**, the undersigned, being the all of the members of the board of directors of Brooks Brothers Far East Limited, have executed this written consent as of the date first set forth above.

Name:  Andy Lew
Title:   Director

DocuSigned by:

*Gianluca Tanzi*

86003D980E7A4E3

Name:  Gianluca Tanzi
Title:   Director

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name: <u>Brooks Brothers Far East Limited</u>

United States Bankruptcy Court for the <u>District of Delaware</u>
<div align="center">(State)</div>

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Swiss Garments Company Attn.:  Alaa Arafa<br>        Hala Hashem 3rd Industrial Area A1 Private Fee Zone 10th of Ramadan, Egypt 44634 Egypt | Attn.:  Alaa Arafa<br>          Hala Hashem Phone:  20 100 123 4520<br>             20 554 410 662 Email:  aarafa@sgc.com.eg<br>          hhashem@sgc.com.eg | Trade Debt | | | | $5,232,180.00 |
| 2 | FedEx ERS Attn.:  Paul Kruk P.O. Box 371741 Pittsburgh, PA 15250-7741 USA | Attn.:  Paul Kruk Phone:  (781) 296-4303 Email:  paul.kruk@fedex.com | Trade Debt | | | | $2,944,203.00 |
| 3 | Teacher's Insurance Attn:  Richard Lee 210 Post St., Suite 316 TIAA #6910 San Francisco, CA 94108 USA | Attn:  Richard Lee Phone: 415-781-885 Email:  richard.lee@cushwake.com | Lease Obligation | | | | $2,857,718.00 |
| 4 | Trajes Mexicanos S.A. De C.V. Attn.:  Mario Sanchez Llono Isidro Fabela #102 Parque Industrial Tianguistenco Tianguistenco, Mexico 52600 Mexico | Attn.:  Mario Sanchez Llono Phone:  52 713 133 66 66 Email:  mario@tramex.com.mx | Trade Debt | | | | $2,843,652.00 |
| 5 | Esquel Enterprises Limited Attn.:  Wesley Choi / Evelin Lau 13/F Harbour Centre 25 Harbour Road WANCHAI, Hong Kong 999077 Hong Kong | Attn.:  Wesley Choi / Evelin Lau Phone:  852 2960 6642<br>             852 2960 6617 Email:  choiw@esquel.com<br>          laue@esquel.com | Trade Debt | | | | $2,550,522.00 |

WEIL:\97525771\4\30950.0070

Brooks Brothers Far East Limited                                           Case number (if known)
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6    Pt Unagaran Sari Garments Attn.: Sanjay Goyal JL P Diponegoro No. 235 Genuk, Ungaran Barat Kabupaten Semarang, Indonesia 50512 Indonesia | Attn.: Sanjay Goyal Phone: 62 24 6921113 Email: sgoyal@busanagroup.com | Trade Debt | | | | $1,964,208.00 |
| 7    Grosvenor Urban Retail, LP Attn.: David Sidorsky Division #23 5500 Wisconsin P.O. Box 823523 Grosvenor-5500WISC Philadelphia, PA 19182-3523 USA | Attn.: David Sidorsky Phone: (202) 851-5600 Email: dsidorsky@plc.com | Lease Obligation | | | | $1,190,092.34 |
| 8    T.U.W. Textile Co., Ltd. Attn.: Masayuki Shimakura 113 MOO4, Nakornchaisr-Dontoom-Roda Sampatuan, Nakornchaisri Nakornprathom, Thailand 73210 Thailand | Attn.: Masayuki Shimakura Phone: 66 3438 9571 Email: mshima@tuw.co.th | Trade Debt | | | | $1,187,122.78 |
| 9    Adventura Mall Venture Attn.: Jory Thomas P.O. Box 865006 Orlando, FL 32886 USA | Attn.: Jory Thomas Phone: (305) 914-8215 Email: jthomas@turnberry.com | Lease Obligation | | | | $1,109,291.92 |
| 10    Epic Designers Limited Attn.: Gilles Fries Floor 6, 7, & 9th EGL Tower No. 83 Hung to Road KWUN TONG KOWLOON, Hong Kong 99700 Hong Kong | Attn.: Gilles Fries Phone: 852 3512 0800 Email: gilles.fries@epichk.com | Trade Debt | | | | $1,067,233.00 |
| 11    Winner Way Industrial Limited Attn.: Sing Li Units A-C, 21/F, Block 1 Tai Ping Industrial Centre 57 Ting Kok Road TAI PO, N.T. HONG KONG, 99977 Hong Kong | Attn.: Sing Li Phone: 852 2689 1881 Email: singl@nameson.com.cn | Trade Debt | | | | $969,995.35 |
| 12    Yee Tung Garment Company Limited Attn.: Victor Fong 3/F Chiap Luen Industrial Bldg. 30-32 Kung Yip Street KWAI CHUNG, N.T., Hong Kong 999077 Hong Kong | Attn.: Victor Fong Phone: 852 2211 0100 Email: victor@yeetung.com | Trade Debt | | | | $968,004.50 |

WEIL:\97525771\4\30950.0070

Brooks Brothers Far East Limited
_____     Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Pt Eratex Djaja Tbk<br>Attn.:  Sanjay Goyal<br>JL. Soekarno Hatta 23<br>Probolinggo<br>67212<br>Indonesia | Attn.:  Sanjay Goyal<br>Phone: 62 24 6921113<br>Email:  sgoyal@busanagroup.com | Trade Debt | | | | $957,134.00 |
| 14  Di. Conf. SRL<br>Attn.:  Rosario Parlato<br>Via Variante 7 BIX KM 45.300<br>Margianella, Italy<br>80030<br>Italy | Attn.:  Rosario Parlato<br>Phone: 39 081 841 1762<br>Email:  r.parlato@diconf.com | Trade Debt | | | | $925,752.50 |
| 15  Excellent Jade Limited<br>Attn.:  Vivian Chan<br>5/F., 66-72 Lei Muk Road<br>KWAI CHUNG, N.T., Hong Kong<br>999077<br>Hong Kong | Attn.:  Vivian Chan<br>Phone: 852 2279 3808<br>Email: vivianchan@tristateww.com | Trade Debt | | | | $908,147.00 |
| 16  Winston & Strawn<br>Attn.:  Jonathan Birenbaum<br>36235 Treasury Center<br>Chicago, IL 60694-6200<br>USA | Attn.:  Jonathan Birenbaum<br>Phone: (212) 294-4629<br>Email: jbirenbaum@winston.com | Professional Services | | | | $871,449.00 |
| 17  Salesforce.Com, Inc.<br>Attn.:  Brett Murray<br>P.O. Box 203141<br>Dallas, TX 75320-3141<br>USA | Attn.:  Brett Murray<br>Phone: (317) 832-4087<br>Email:  brett.murray@saleforce.com | Technology Services | | | | $855,119.00 |
| 18  Bagir International, Inc.<br>Attn.:  Micha Ronen<br>        Asaf Shavit-Stricks<br>499 Fashion Avenue, 16 S<br>New York, NY 10018<br>USA | Attn.:  Micha Ronen<br>        Asaf Shavit Stricks<br>Phone:  972 52 277 1702<br>          972 3 6254000<br>Email: michar@bagir.com<br>          asafs@zadokco.co.il | Trade Debt | | | | $832,473.00 |
| 19  Kleban Darien LLC<br>Attn.:  April Clyne<br>1189 Post Road<br>Fairfield, CT 06824<br>USA | Attn.:  April Clyne<br>Phone:  (203) 955-1978<br>Email: aclyne@klebanproperties.com | Lease Obligation | | | | $793,603.00 |
| 20  Calvelex, S.A.<br>Attn.:  Marco Araujio<br>Monte Do Calvelo<br>E.N. 106 NR. 1132<br>Lousada<br>4620-249<br>Portugal | Attn.:  Marco Araujo<br>Phone: 351 255 880321<br>Email:  marco.araujo@calvelx.com | Trade Debt | | | | $791,969.00 |

WEIL:\97525771\4\30950.0070

Brooks Brothers Far East Limited

Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Georgetown Renaissance, LP<br>Attn.:  Will Hitchcock<br>P.O. Box 822475<br>Philadelphia, PA 19182-2475<br>USA | Attn.:  Will Hitchcock<br>Phone: (202) 688-3994<br>Email: whitchcock@eastblanc.com | Lease Obligation | | | | $767,134.00 |
| 22  Borderfree<br>Attn.:  Hansel Tan<br>292 Madison Avenue, 5th Floor<br>New York, NY 10017<br>USA | Attn.: Hansel Tan<br>Phone: (917) 943-2455<br>Email: hanselkimwell.tan@pb.com | Technology Services | | | | $758,945.00 |
| 23  Pespow S.P.A.<br>Attn.:  Cinzia D'Agositino<br>Via Dell'Industria 23<br>S Martino Di Lupari<br>Padova, Italy 35018<br>Italy | Attn.: Cinzia D'Agositino<br>Phone: 39 049 5950 214<br>Email: cinzia.dagostino@pespow.com | Trade Debt | | | | $724,436.20 |
| 24  KPMG<br>Attn:  Victoria Youkhateh<br>P.O. Box 120511<br>Dept. 0511<br>Dallas, TX 75312-0511<br>USA | Attn:  Victoria Youkateh<br>Phone: (860) 297-5060<br>Email: vyoukhateh@kpmg.com | Professional Services | | | | $683,067.00 |
| 25  Tyson's Corner Holdings, LLC<br>Attn:  Saratina Martin<br>P.O. Box 849554<br>Los Angeles, CA 90084-9554<br>USA | Attn:  Saratina Martin<br>Phone: (424) 229-3709<br>Email: saratina.martin@macerich.com | Lease Obligation | | | | $658,258.00 |
| 26  RCPI Landmark Properties, LLC<br>C/O Tishman Speyer Properties<br>Attn:  Vinnie Cirillo<br>P.O. Box 33173<br>Newark, NJ 07188-3173<br>USA | Attn:  Vinnie Cirillo<br>Phone: (212) 332-6637<br>Email: vcirillo@tishmanspeyer.com | Lease Obligation | | | | $621,435.00 |
| 27  MD Contract SRL<br>Attn.:  Paolo Filippo Soldan<br>Galleria Del Corso 2<br>Milano, MI 20122<br>Italy | Attn.: Paolo Filippo Soldan<br>Phone: 39 3428796763<br>Email: mdcontract@pec.it | Trade Debt | | | | $605,542.00 |
| 28  Amalgamated National<br>Attn:  Timothy Clark<br>333 Westchester Ave.<br>White Plains, NY 10604<br>USA | Attn.: Timothy Clark<br>Phone: (914) 367-5841<br>Email: tclark@alicare.com | Insurance Provider | | | | $591,080.20 |

WEIL:\97525771\4\30950.0070

Brooks Brothers Far East Limited                                    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29  Manhattan Associates Attn.:  Dennis Story P.O. Box 405696 Atlanta, GA 30384-5696 USA | Attn.:  Dennis Story Phone: (770) 955-7070 Email:  ar.manh.com | Trade Debt | | | | $577,233.70 |
| 30  Universal Express (Garments) Ltd. Attn.:  Gene Choi Room 2402, 24/F, Sing Pao Bldg. 101 Kings Road, Fortress Hill HONG KONG, Hong Kong 99970 Hong Kong | Attn.:  Gene Choi Phone:  86 21 6272 5058 Email:  jkchoi@sh-universal.com | Technology Services | | | | $564,164.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------ x
                                        :
In re                                   :    Chapter 11
                                        :
BROOKS BROTHERS GROUP, INC., et al.,    :    Case No. 20– _____
                                        :
                        Debtors.¹       :    (Joint Administration Requested)
                                        :
------------------------------------------------------ x
```

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Brooks Brothers Group, Inc. ("**Brooks Brothers**") and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"). The Debtors respectfully represent as follows:

1.      The following entities own, directly or indirectly, the below equity interests in Brooks Brothers:

   a.   The Del Vecchio Family Trust owns approximately 15.1% of the Class A Common Stock in Brooks Brothers.

   b.   DV Family, LLC owns approximately 5.9% of the Class A Common Stock in Brooks Brothers.

   c.   The CDV 2015 Annuity Trust owns approximately 71.5% of the Class A Common Stock in Brooks Brothers.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

d.  Delfin S.á r.l. owns approximately 7.5% of the Class A Common Stock in Brooks Brothers.

e.  Castle Apparel Limited owns 100% of the Class B Common Stock in Brooks Brothers.

2.  Brooks Brothers International, LLC directly owns 100% of the equity or membership interests, as applicable, in the following Debtors:

a.  BBD Holding 1, LLC ("**Holdco 1**").

b.  BBD Holding 2, LLC ("**Holdco 2**").

3.  Holdco 1 and Holdco 2 each own 50% of the membership interests in BBDI, LLC.

4.  The following entities own, directly or indirectly, the below equity interests in Brooks Brothers Far East Limited ("**Brooks Brothers Far East**"):

a.  Brooks Brothers owns 99.8% of the shares of Brooks Brothers Far East.

b.  Claudio Del Vecchio owns 0.2% of the shares of Brooks Brothers Far East.

5.  Brooks Brothers directly owns 100% of the equity or membership interests, as applicable, of each other Debtor.

# Exhibit A

## Organizational Chart

*Ownership is 100% unless otherwise indicated.



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
                                            :
In re                                       :        Chapter 11
                                            :
BROOKS BROTHERS GROUP, INC., et al.,        :        Case No. 20– _____
                                            :
                        Debtors.¹           :        (Joint Administration Requested)
                                            :
------------------------------------------------------------- x
```

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| DEBTOR | NAME AND ADDRESS OF EQUITY HOLDER | PERCENTAGE OF EQUITY HELD |
|---|---|---|
| Brooks Brothers Group, Inc. | Del Vecchio Family Trust 346 Madison Avenue, 10th Floor – Executive Office New York, New York 10017 | Approximately 15.1% of Class A Common Stock |
| Brooks Brothers Group, Inc. | DV Family, LLC 346 Madison Avenue, 10th Floor – Executive Office New York, New York 10017 | Approximately 5.9% of Class A Common Stock |
| Brooks Brothers Group, Inc. | CDV 2015 Annuity Trust 346 Madison Avenue, 10th Floor – Executive Office New York, New York 10017 | Approximately 71.5% of Class A Common Stock |
| Brooks Brothers Group, Inc. | Delfin S.á r.l. 7 Rue de la Chapelle L-1325 Luxembourg | Approximately 7.5% of Class A Common Stock |

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

| DEBTOR | NAME AND ADDRESS OF EQUITY HOLDER | PERCENTAGE OF EQUITY HELD |
|---|---|---|
| Brooks Brothers Group, Inc. | Castle Apparel Limited<br>6th Floor, TAL Building<br>49 Austin Road<br>Kowloon<br>Hong Kong | 100% of Class B Common Stock |
| 696 White Plains Road, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Brooks Brothers International, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Brooks Brothers Restaurant, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Deconic Group LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Golden Fleece Manufacturing Group, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| RBA Wholesale, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Retail Brand Alliance Gift Card Services, LLC | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| Retail Brand Alliance of Puerto Rico, Inc. | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 100% |
| BBD Holding 1, LLC | Brooks Brothers International, LLC<br>346 Madison Avenue<br>New York, New York 10017 | 100% |
| BBD Holding 2, LLC | Brooks Brothers International, LLC<br>346 Madison Avenue<br>New York, New York 10017 | 100% |
| BBDI, LLC | BBD Holding 1, LLC<br>100 Phoenix Avenue<br>Enfield, Connecticut 06082 | 50% |
| BBDI, LLC | BBD Holding 2, LLC<br>100 Phoenix Avenue<br>Enfield, Connecticut 06082 | 50% |

| DEBTOR | NAME AND ADDRESS OF EQUITY HOLDER | PERCENTAGE OF EQUITY HELD |
|---|---|---|
| Brooks Brothers Far East Limited | Brooks Brothers Group, Inc.<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 99.8% |
| Brooks Brothers Far East Limited | Claudio Del Vecchio<br>346 Madison Avenue, 10th Floor – Executive Office<br>New York, New York 10017 | 0.2% |

**Fill in this information to identify the case:**

Debtor name: <u>Brooks Brothers Far East Limited</u>

United States Bankruptcy Court for the <u>District of Delaware</u>
(State)

Case number (*If known*): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration <u>Consolidated Corporate Ownership Statement and List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>July 8, 2020</u>
MM / DD /YYYY

**X** <u>/s/  Stephen Marotta</u>
Signature of individual signing on behalf of debtor

<u>Stephen Marotta</u>
Printed name

<u>Chief Restructuring Officer</u>
Position or relationship to debtor

WEIL:\97525771\4\30950.0070